

**FILED**

08/11/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0111

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 20-0111

JACOB SMITH,

      Plaintiff and Appellant,

v.

                                        O R D E R

BREANNE DAVIS,

      Defendant and Appellee.

Pursuant to Appellant motion to voluntarily dismiss his appeal, and good cause appearing.

IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE.

DATED this 11 day of August, 2020.

For the Court,

_____
Chief Justice

**FILED**

AUG 1 1 2020

Bowen Greenwood
Cle... ... ... Court
... ... ...